IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BYRON ALEXANDER, as surviving spouse and administrator of the estate of Donna Alexander, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>AHAVA HEALTH CARE LLC, d/b/a Adamsville Healthcare and Rehabilitation, and ADAMSVILLE OPERATING GROUP LLC, d/b/a Adamsville Healthcare and Rehabilitation,<br><br>    Defendants. | No. 2:23-cv-02034-TLP-tmp<br><br>JURY DEMAND |

**ORDER GRANTING MOTION TO TRANSFER AND MOTION TO EXTEND**

Plaintiff Byron Alexander, as surviving spouse and administrator of the estate of Donna Alexander, sued Defendants for medical malpractice in this Court's Western Division. (ECF No. 1.) Now, the parties jointly move to transfer this action to this Court's Eastern Division—that is, the Eastern Division of the United States District Court for the Western District of Tennessee. (ECF No. 10.) The parties argue that this action should be transferred to the Eastern Division because the actions giving rise to Plaintiff's claims allegedly occurred in McNairy County, Tennessee. (*Id.*)

The Eastern Division is comprised of several counties, including McNairy County. *See* U.S. Dist. Ct. for the W. Dist. of Tenn. Loc. R. 3.3(a). "A civil action against multiple defendants may be brought in any division of the District in which one of the defendants resides, or in the division in which the claim arose or the even complained of occurred." *Id.* at 3.3(b)(2);

1

*see also* 28 U.S.C. § 123(c)(1).  Because the parties agree that Plaintiff's claim arose in McNairy County, this Court's Eastern Division is the correct venue here.  The Court therefore **GRANTS** the parties' motion to transfer.  (*See* ECF No. 10.)  And the Court respectfully **DIRECTS** the Clerk to reassign this case to the Eastern Division.

Considering this action's transfer, Defendants also move unopposed to extend their time to respond to Plaintiff's complaint.  (*See id.*)  For good cause shown, the Court **GRANTS** their motion and extends Defendants' time to respond through April 21, 2023.

**SO ORDERED**, this 30th day of March, 2023.

                                           s/ Thomas L. Parker  
                                           THOMAS L. PARKER  
                                           UNITED STATES DISTRICT JUDGE